DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE TUESDAY ESSA,**
Appellant,

v.

**MICHAEL GURRIERI,**
Appellee.

No. 4D18-3677

[May 2, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2017-DR003560-XXXX-MB.

Marie Tuesday Essa, Hartford, Connecticut, pro se.

Michael Gurrieri, Lake Worth, pro se.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***